IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL P. HOPKINS, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:16cv00073 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| THE NEW RIVER VALLEY | ) | United States District Judge |
| REGIONAL JAIL, *et al.*, | ) | |
|     Defendants. | ) | |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that Hopkins' complaint is DISMISSED without prejudice; defendants' motion for summary judgment (Dkt. No. 17) is DENIED as moot; and the Clerk shall TERMINATE this action from the active docket of the court. The court notes that its dismissal of Hopkins' complaint is without prejudice to his opportunity to refile his claims in a separate civil action subject to the applicable limitations period.

The Clerk is directed to provide a copy of this order and the memorandum opinion to all counsel of record and to Mr. Hopkins, plaintiff.

Entered: July 1, 2016.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge